UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DANIEL YOUNG, et al., | CASE NO. C25-0537-KKE |
| Plaintiff(s), | ORDER GRANTING STIPULATED MOTION TO EXTEND RESPONSIVE PLEADING DEADLINE |
| v. | |
| UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, et al., | |
| Defendant(s). | |

The parties have agreed to extend Defendants' responsive pleading deadline from June 20, 2025, to July 21, 2025. Dkt. No. 10. The Court finds good cause for the extension and therefore GRANTS the parties' stipulated motion. *Id.* Defendants shall file a responsive pleading no later than July 21, 2025.

Dated this 20th day of June, 2025.

Kymberly K. Evanson
United States District Judge

ORDER GRANTING STIPULATED MOTION TO EXTEND RESPONSIVE PLEADING DEADLINE - 1